UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-80420-AHS

**RONALD J. COLLINS,** individually
and on behalf of those similarly situated,

        **Plaintiff,**

**vs.**

**SELECT PORTFOLIO SERVICING, INC,**

        **Defendant.**

                                      /

## JOINT MOTION FOR REFERRAL TO
## EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE

Plaintiff, RONALD J. COLLINS, and Defendant, SELECT PORTFOLIO SERVICING, INC. (Plaintiff and Defendant shall be collectively referred to as "Parties"), through undersigned counsel, hereby respectfully request this Court to refer this matter for an early settlement conference before the magistrate and state as follows:

1.      Plaintiff filed his Complaint on March 16, 2022 [D.E.1].

2.      Defendant received an extension of time until April 29, 2022 to file a responsive pleading to Plaintiff's Complaint [D.E. 8].

3.      Defendant received a second extension of time until May 31, 2022 to file a responsive pleading to Plaintiffs Complaint [D.E. 11].

4.      Defendant filed a Motion to Dismiss Complaint ("Motion") on May 31, 2022 [D.E.12].

5.      Plaintiff filed a Response in Opposition to Defendant's Motion on June 24, 2022 [D.E. 16].

6.      Defendant filed a Reply on July 8, 2022 [D.E. 21].

7.      The Parties have continued to confer in good faith regarding a confidential settlement of this matter, however, believe a settlement conference with the Magistrate Judge may be helpful.

8.      Accordingly, the Parties respectfully request this matter be referred to the Magistrate for an early settlement conference.


Dated: August 9, 2022

Respectfully submitted,

| SCOTT HIRSCH LAW GROUP | THE ADVOCACY GROUP |
|---|---|
| 6810 N. State Road 7<br>Coconut Creek, FL 33073<br>Tel: (561) 569-7062<br>Email: scott@scotthirschlawgroup.com<br><br>*/s/ Scott Hirsch*<br>Scott Hirsch, Esq.<br>Bar No. 50833<br>*Attorney for Plaintiff* | 111 NE 1st Street, 8th Floor #8517<br>Miami, FL 33132<br>(954)282-1858<br>Email: jkerr@advocacypa.com<br><br>*/s/ Jessica L. Kerr*<br>Jessica L. Kerr, Esq.<br>Bar No. 92810<br>*Attorney for Plaintiff  cmecf* |
| */s/Barbara Fernandez*<br>Barbara Fernandez<br>Florida Bar No. 0493767<br>bfernandez@hinshawlaw.com<br>**HINSHAW & CULBERTSON LLP**<br>2525 Ponce de Leon Blvd. – 4th Floor<br>Coral Gables, FL 33134<br>Tel: 305-358-7747 / Fax:  305-577-<br>*Attorney for Defendant, Select Portfolio Servicing* | */s/Peter A. Hernandez*<br>Peter A. Hernandez<br>Florida Bar No. 64309<br>pahernandez@hinshawlaw.com<br>**HINSHAW & CULBERTSON LLP**<br>2525 Ponce de Leon Blvd. – 4th Floor<br>Coral Gables, FL 33134<br>Tel: 305-358-7747 / Fax:  305-577-<br>*Attorney for Defendant, Select Portfolio Servicing* |

## **CERTIFICATE OF SERVICE**

I certify that August 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served today on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jessica L. Kerr, Esq.*
Jessica L. Kerr
Fla. Bar No. 92810
