UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80420-CIV-SINGHAL/McCABE

RONALD J. COLLINS, individually and on
behalf of those similarly situated,

      Plaintiff,

v.

SELECT PORTFOLIO SERVICING, INC.*,*

      Defendant.

_____/

## ORDER OF REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE

**THIS CAUSE** has come before the Court upon the parties' Joint Motion for Referral to Early Settlement Conference with Magistrate, filed on August 9, 2022 (the "Motion") (DE [22]). Upon review of the record, and being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [22]) is **GRANTED**. This matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Ryon M. McCabe to occur within **sixty (60) days** of this Order.  Counsel shall confer and jointly contact the Magistrate Judge's Chambers to schedule this conference.  The Magistrate Judge will issue an Order Scheduling Settlement Conference outlining the time and requirements for the Settlement Conference.  The Settlement Conference date may not be extended without prior approval from the Magistrate Judge.  Except as provided under Local Rule 16.2(e), the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. Appearance shall be in person; virtual appearance is prohibited absent court order. All discussions, representations, and statements made at the settlement conference shall be

confidential and privileged.  If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a joint notice of settlement signed by counsel of record within **seven (7) days** of the conference.

       **DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of August 2022.

                                            _____
                                            RAAG SINGHAL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and
Hon. Ryon M. McCabe